**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Mari Florence

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARI FLORENCE,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA) N.A.; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; AND, TRANS UNION LLC,<br><br>Defendants. | **Case No.:** CV14-507 PSG (VBKx)<br><br>**NOTICE OF SETTLEMENT RE: CAPITAL ONE BANK (USA) N.A.** |

///
///

**NOTICE OF SETTLEMENT**

**NOTICE IS HEREBY GIVEN** that the dispute between Plaintiff MARI FLORENCE ("Plaintiff") and Defendant CAPITAL ONE BANK (USA) N.A. ("Defendant") has been resolved. The Parties anticipate filing a Joint Motion for Dismissal of Defendants within 60 days.[1] Plaintiff requests that all pending dates and filing requirements with regard to Defendant be vacated and that the Court set a deadline on or after November 26, 2014 for filing a Joint Dismissal.

Dated: September 26, 2014             **KAZEROUNI LAW GROUP, APC**

                                      By: ____/s/ Matthew M. Loker____
                                              MATTHEW M. LOKER, ESQ.
                                              ATTORNEY FOR PLAINTIFF

---

[1] Defendant TRANS UNION LLC was dismissed following a settlement with Plaintiff on April 21, 2014. [ECF No. 26]. In addition, Plaintiff also settled with Defendants EQUIFAX INFORMATION SERVICES LLC; and, EXPERIAN INFORMATION SOLUTIONS, INC. on August 27, 2014. [ECF No. 34]. Thus, this matter is now resolved in its entirety.